MARIE SCHMIDT, respondent,

*v.*

ALBERT A. RAPHAEL, trustee, et al., appellants.

[Decided October 21st, 1920.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, and reported in *91 N. J. Eq. 386.*

*Messrs. McDermott & Enright,* for the respondent.

*Messrs. Lum, Tamblyn & Colyer,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.